792 A.2d 596

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Albert B. MACKAREY, Respondent.**

**No. 724, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 11, 2002.

## *ORDER*

PER CURIAM.

AND NOW, this **11th** day of **March**, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 4, 2002, it is hereby

ORDERED that ALBERT B. MACKAREY be and he is SUSPENDED from the Bar of this Commonwealth for a period of three months and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.